UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

United States et al., ex rel. Scott Laney, )
)
    Plaintiffs, )
)
v. ) Case No. 6:15-cv-1367-Orl-37DAB
)
Millennium Health, LLC ) **FILED UNDER SEAL**
)
    Defendant. )
_____)

## ORDER

Upon consideration of the United States' Ex Parte Application, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for partial lifting of the seal, and good cause having been shown, it is hereby:

**ORDERED** that the seal in this case shall be partially lifted to allow the United States, at its sole discretion, to disclose the original and any amended Complaints filed by Relator Scott Laney in this case to relators and their counsel in any other existing or subsequently filed qui tam cases filed against defendant Millennium Health, LLC, formerly Millennium Laboratories, Inc. (collectively, "Millennium"); and

**IT IS FURTHER ORDERED** that the seal in this case shall be partially lifted to allow the United States, at its sole discretion, to disclose the original and any amended Complaints filed by Relator Scott Laney to defendant Millennium; and

**IT IS FURTHER ORDERED** that the seal in this case shall be partially lifted to allow the United States, at its sole discretion, to disclose the qui tam complaint in the above-captioned action to employees, counsel, and associates of insurance carriers and

lenders for Millennium who are identified to counsel for the United States as needing to know such information for purposes of ongoing settlement discussions; and

**IT IS FURTHER ORDERED** that the parties receiving copies of the sealed complaint under the previous paragraph shall provide to the United States a list identifying each individual to whom the complaint has been disclosed pursuant to this paragraph, and shall cause a copy of this Order to be provided to each such individual.

Other than this limited disclosure, the Complaint and all other pleadings filed in this action shall remain under seal until further order of this Court.

**DONE and ORDERED** in Chambers in Orlando, Florida, this _6th_ day of _OCTOBER_, 2015.

_____
ROY B. DALTON, JR.
UNITED STATES DISTRICT JUDGE

Copy furnished to:

Randy Harwell, AUSA
U.S. Attorney's Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602

Douglas Rosenthal, Trial Attorney
Civil Division, Department of Justice
P.O. Box 261, Ben Franklin Station
Washington, DC 20044